```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                        Case No. 09-07163-RNO
Daniele F. Amato                                              Chapter 13
Tamara L. Amato
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner          Page 1 of 1          Date Rcvd: Jul 12, 2016
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2016.
db/jdb        +Daniele F. Amato,   Tamara L. Amato,   385 Ridge Road,   Orwigsburg, PA 17961-2213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2016 at the address(es) listed below:
              Andrew Goldberg    on behalf of Creditor    Federal National Mortgage Association
               Bkmail@rosicki.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dana S Plon    on behalf of Creditor    U.S. Foodservice, Inc. dplon@sirlinlaw.com
              Deborah A. Hughes    on behalf of Joint Debtor Tamara L. Amato dhughes@ssbc-law.com,
               bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
              Deborah A. Hughes    on behalf of Debtor Daniele F. Amato dhughes@ssbc-law.com,
               bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
              Jessica Erin Lowe    on behalf of Creditor    First National Bank jel@jsdc.com,
               kab@jsdc.com;sad@jsdc.com;mse@jsdc.com;cls@jsdc.com
              Joseph P Schalk    on behalf of Creditor    Seterus, Inc. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae"),
               creditor c/o Seterus, Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Karen H. Cook, Esq    on behalf of Creditor c/o Karen H. Cook    Union Bank and Trust Company
               sbortzel@masanobradley.com
              Kimberly A Bonner    on behalf of Creditor    SYSCO Food Services of Central Pennsylvania, LLC
               amps@manleydeas.com
              Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
               bkmail@rosicki.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 13

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Daniele F. Amato
385 Ridge Road
Orwigsburg, PA 17961

Chapter 13
Case No. 1:09−bk−07163−RNO

Tamara L. Amato
fka Tamara L. Endres
385 Ridge Road
Orwigsburg, PA 17961

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−3938
20−1252479
xxx−xx−0363
23−3010477

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

Dated: July 12, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: AGarner, Deputy Clerk